FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHEILA ROBINSON and STEPHEN ROBINSON,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>ALVARADOSMITH, APC; et al.,<br><br>        Defendants - Appellees. | No. 15-16159<br><br>D.C. No. 5:15-cv-01630-BLF<br>Northern District of California, San Jose<br><br>ORDER |

Before: REINHARDT and RAWLINSON, Circuit Judges.

The district court has certified that this appeal is not taken in good faith and has revoked appellants' in forma pauperis status. We deny appellants' motion to proceed in forma pauperis because we also find the appeal is frivolous. *See* 28 U.S.C. § 1915(a).

If appellants wish to pursue this appeal despite the court's finding that it is frivolous then, within 21 days after the date of this order, appellants shall pay $505.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Otherwise, the appeal will be dismissed by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

CC/MOATT

No motions for reconsideration, clarification, or modification of the denial of appellants' in forma pauperis status shall be entertained.

Because the court has found that this appeal is frivolous, the district court judgment may be summarily affirmed even if appellants pay the fees. If appellants pay the fees and file proof of such payment in this court, appellants therefore shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellants pay the fees but fail to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

If the appeal is dismissed for failure to comply with this order, the court will not entertain any motion to reinstate the appeal that is not accompanied by proof of payment of the docketing and filing fees and a response to the order to show cause.

Briefing is suspended pending further order of this court.