UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHEILA ROBINSON and STEPHEN ROBINSON,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ALVARADOSMITH, APC; et al.,<br><br>        Defendants - Appellees. | No. 15-16159<br><br>D.C. No. 5:15-cv-01630-BLF<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

    A review of the file in this case reveals that the appellants have failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

    This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk